

# RAMPART CASES

General Notice of Status Conference

CV 00-7165-GAF

The Court has scheduled a status conference for alternate dispute resolution purposes for the following cases:

Clifford N. Barry
    Angelica Vicencio Aguirre            CV 00-2798
    Jesse Vicencio
    Gloria Vicencio
    Janina Vicencio
    Anthony Vicencio
    Manuel Iwabucci
    Adam Rollins

Bradley C. Gage
    Allan Davis            CV 00-6390

John A. Goalwin
    Charlene Davis            CV 00-10195

Lawrence Edmond Greenbaum
    Albert Rodriguez            CV 00-9218

Humberto Guizar
    Giovana Lafarga            CV 00-4097
    Jacqueline Lafarga
    Andrew Lafarga
    Victoria Lafarga

Steven H. Haney
    John Terrell            CV 00-8032

ENTER ON ICMS
OCT 3 0 2000

Joseph H. Hofman
    Salvador Alvarenga Ochoa      CV 00-9583
    Iliana Zavala Escobar
    Jonathan Anthony Hernandez
    Angela Juliana Ochoa

Michael J. Irwin
Danilo J. Becerra
    Russell E. Newman      CV 00-6963

Harold J. Light
    Carlos Rodriguez Guevara      CV 00-8567

Gail Marie Lisoni
    Rene Barela Mationg      CV 00-10367

David Michael Lumb
Carlo A. Spiga
    Paul Anise Thompson      CV 00-1625

Brian C. Lysaght
Stephen Yagman
    D'N Hunter      CV 99-12811
    J. Render      CV 99-13080
    Raul Rodriguez      CV 99-13190
    C. Diaz (c/w CV 00-7956)      CV 00-451
    C. Fitzpatrick      CV 00-4191
    J. Toscano      CV 00-4662
    Paul Blumberg      CV 00-5607
    G. Hernandez      CV 00-7163
    S. Moss      CV 00-7164
    L. Guerrero      CV 00-7165 ✓
    M. Quintana      CV 00-7166
    M. Quintana      CV 00-7167
    A. Rivas      CV 00-7207
    L. Guerrero      CV 00-7208
    R. Canales      CV 00-7224

| | |
|---|---|
| Raul Rodriguez, Jr. | CV 00-7427 |
| C. Diaz (c/w CV 00-451) | CV 00-7956 |
| M. Quintana | CV 00-8174 |
| Miguel Hernandez | CV 00-10573 |

Robert Mann
    Lorenzo Irving                                      CV 00-1385

Hollis McCray-Clark

| | |
|---|---|
| Diego Barrios | CV 00-10598 |
| Jose Francisco Contreras | CV 00-10597 |
| Michael David Villarama | CV 00-10599 |

Gregory W. Moreno

| | |
|---|---|
| Javier F. Ovando (c/w CV 99-11835) | CV 99-11629 |
| Samuel Bailey | CV 00-2362 |
| Elvis Ponce De Leon | CV 00-7402 |
| Oscar Ochoa | CV 00-10605 |
|   Oscar Ochoa, Jr. | |
| Javier F. Ovando | CV 00-10261 |

Amy Jo Field
Gregory W. Moreno
L. Trevor Grimm
    Joseph Jones                                        CV 00-2360

James S. Muller
    Roy Andres Montes                         CV 00-4338

       The status conference will be held on Monday, December 11, 2000, at 9:00 a.m. in Courtroom 880 (Judge Tevrizian), Roybal Federal Bldg., 255 East Temple Street, Los Angeles, California. Counsel for plaintiff(s) is/are required to give notice of said status conference to counsel for defendant(s) within five (5) days of the date of this Order. Proof of service of the notice is required to be filed with the Court in advance of the said status conference.

At the status conference, counsel should be prepared to nominate a settlement mediator for the above-listed cases in accordance with Judge Feess' Order under date of October 4, 2000.

DATED: October 26, 2000.

**DICKRAN TEVRIZIAN**
DICKRAN TEVRIZIAN
United States District Judge
