UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No. CV 00-7165 GAF and CV 00-7208 GAF                    Date: November 28, 2000

Title: L. Guerrero v. Gates and L. Guerrero v. Gates

---

### The Honorable Gary Allen Feess, Judge

| Marilynn Morris | None Present |
|---|---|
| **Courtroom Deputy Clerk** | **Court Reporter** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**         **ATTORNEYS PRESENT FOR DEFENDANTS:**
None Present                                                          None Present

**PROCEEDINGS:** (In Chambers)

    In response to the Court's Order to Show Cause re: Consolidation, plaintiff asserts that the above-entitled cases should not be consolidated because the underlying causes of action in Guerrero v. Gates, CV 00-7208 "have nothing to do" with Guerrero v. Gates, CV 00-7165.

    In Case No. CV 00-7165, plaintiff alleges injuries arising out of encounters with Los Angeles police officers in November 1995 and November 1997. (Amended Complaint ("AC"), ¶¶ 16-18.) With respect to the November 1997 incident, plaintiff alleges, *inter alia*, that Los Angeles police officers caused him to be incarcerated on false narcotics charges. (AC, ¶¶ 16-17.)

    In Case No. CV 00-7208, plaintiff alleges injuries that occurred while he was serving his sentence in Los Angeles *County* facilities. (See Complaint ¶¶ 18-20.) Nevertheless, plaintiff sues the current and former chiefs of the *Los Angeles Police Department*, members of the *Los Angeles City Council*, members of the *Los Angeles Board of Police Commissioners*, members of the *Los Angeles City Attorney's Office*, and individual Los Angeles police officers[1] on the theory that they are responsible for the injuries he received while incarcerated because "but for his false arrest[,[2]] plaintiff would not have been incarcerated. (Complaint, ¶ 19.)

ENTER ON ICMS
NOV 3 0 2000

---

[1] In fact, the vast majority of the over 200 named defendants are City, not County, actors.

[2] The false arrest referred to is the arrest that occurred in connection with the November 1997 incident complained of in Case No. CV 00-7165. (Compare AC in Case No. 00-7165, ¶16-17 with Compliant in Case No. CV 00-7208, ¶ 16-17.)

MINUTES FORM 11
CIVIL--GEN                                              -1-                         Initials of Courtroom Deputy Clerk _____

Thus, the allegations of plaintiffs' amended complaints show that the above-entitled cases involve the same plaintiffs and almost all of the same defendants, that the cases will require determination of the same facts and law, and that the interests of justice are best served by consolidating these cases pursuant to <u>Federal Rules of Civil Procedure</u> 42(a). Accordingly, the Case No. CV 00-7208 is hereby CONSOLIDATED with Case No. CV 00-7165 without prejudice to a motion to bifurcate and/or sever at the time of trial. All parties are ORDERED to file documents under the low number.

IT IS SO ORDERED.